# ADDABBO • GREENBERG
## LAW

**TODD D. GREENBERG**
**DOMINIC L. ADDABBO \***
----------
**GRACE ADDABBO GAMBINO**
**CAITLIN N. YOUNG\*\***
----------
**COUNSEL TO THE FIRM:**
**HYMAN J. GREENBERG (dec'd)**
**JILL C. STONE**
**HELEN P. EICHLER**
**ALAN T. ROTHBARD**
**JAMES H. O'HARE**
----------
**\*NY & FLA BAR**
**\*\*NY & NJ BAR**

February 24, 2021

Hon. Joanna Seybert
United States District Court Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

        RE:    USA v. Carmine Simpson
                  Docket #: MJ-21-119-AKT
                  Bail Hearing scheduled for February 26, 2021 at 12:00 pm

Your Honor:

      Please be advised this office represents Defendant Carmine Simpson who is scheduled for a Bail Hearing as indicated above.

      Please consider the attached letter to MDC Legal Bureau outlining the intolerable conditions that Mr. Simpson is experiencing, solely due to his status as a person in need of "Protective Custody".

      Thank you for your consideration in this application.

                                            Very truly yours,

                                            ADDABBO & GREENBERG

                                            /s/Todd D. Greenberg
                                            Todd D. Greenberg, Esq.

TDG/id

cc: AUSA Megan Farrell, Esq.